FROM: Alonzo Moffett AIS# 241694

TO: Hugo L. Black, United State Courthouse

RE: Standard of Conduct / Officer Bradford 3A; (violation of Administrative Regulation 207 section 3A. (4), (10) and C.; Threats and Abusive language.)

## Complaint:

On or about the 9th day of April, 2007, at 10:30 P.M. Officer Bradford abused his badge and position as a correctional officer. I, Alonzo Moffett was at the Fountain to get a drink of water. Officer Cannon ask me to go to my rack. As I was walking towards my rack I stated, "You didn't say anything to those white boys." Officer Cannon came to my rack and begin to tap me several times in the chest, I assume to get my attention. Officer Cannon stated, "Who you calling a white boy?" I stated, "I was not talking about you" however, he didn't believe me. Officer Cannon lead me by the arm outside of the cell. When I was in the hallway several officers approached me quickly as I stood defenseless without resistance whatsoever. One of the officer demanded me to get on the ground; When I was about to get down, all of a suddenly out of nowhere Officer Bradford hit me hard with his fist in the back of my ears leaving a heavy mark. When Officer Bradford hit me he then stated "Why you fucking with my homeboy?" When I was laying on the ground I was told to put my hands behind my back which I did. Also at that point I was hand cuffed.

In violation of Administrative Regulation 207 section 3 (A.) 4; 7; 10; Employees are expected to: (4.) Exercise courtesy and tact; (7.) Observe the laws, rules, and regulations; (10.) Prevent any abuse of authority attached to the use of a badge that does not relate to departmental law enforcement personnel in performing and executing their duties in accordance with Title 14 code of Alabama 1975 as amended.

Officer Bradford is further in violation of Administrative Regulation 207 section 3 (C.) 3; 4;

(3.) use of profane or abusive language in supervising Prisoners.
(4.) Abuse of Prisoners in any manner.

1.) Implementation of Administrative Regulation 208.
2.) Formal reprimand not limiting or excluding a seven (7) day suspension without pay.
3.) Removal from correctional facility as an officer.
4.) Psychological Counseling be given.
5.) If the relief sought cannot be obtained Prisoner Alonzo Moffett AIS #2496 Moves for an immediate transfers.

*Alonzo Moffett AIS #249694*

## Certificate of Service:

I hereby certify that I have serve a copy of the foregoing Complaint upon the below parties, this the 11th day of April, 2007, by placing the same in institutional Mailbox postage prepaid and properly addressed as follows:

Mr. Bob Riley, Governor
Governor's office
600 Dexter Ave., Rm. N-104
Montgomery, Al. 36130

Alabama Personnel Department
64 N. Union St.
Room 300
Montgomery, Al. 36130

Honorable Troy King
Alabama Attorney General
South Union St., 3rd Floor
Montgomery, Al. 36130

Miss Sharo[n ...]
Federal Bureau of Investigation
One Commerce St., Ste. 606
Montgomery, Al. 36104

c. Richard Allen, Commissioner
P.O. Box 301501
101 South Ripley St.
Montgomery, Al. 36130

c. James Deloach, Warden
P.O. Box 1107
Elmore, Al. 36025

Respectfully submitted,

Alonzo Mollett AIS #249694
P.O. Box 1107
Elmore, Al. 36025