**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

RECEIVED
2007 JUN 19 A 9:36

Sharon Harris
Clerk

June 18, 2007

United States District Court
Middle District of Alabama
Clerks Office
P.O. Box 711
Montgomery, AL 36101-0711

Case Number: CV 07-AR-683-S

Dear Clerk:

In accordance with the order of this court entered June 8, 2007, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file on a CD. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

SHARON N. HARRIS, CLERK

By: *Kathy Englebert*
    Deputy Clerk

SNH:kge

Enclosures

xc:   Counsel