IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ALONZO MOFFETT, #249 694 | * | |
|     Plaintiff, | * | |
|     v. | * | 2:07-CV-542-MEF |
| OFFICER BRADFORD | * | |
|     Defendant. | * | |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Draper Correctional Facility in Elmore, Alabama, filed this 42 U.S.C. § 1983 action on April 16, 2007.[1] He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before July 5, 2007 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[2] Plaintiff

---

[1] The United States District Court for the Northern District of Alabama entered an order June 8, 2007 directing that Plaintiff's complaint be transferred to this court for review and disposition. This court received Plaintiff's complaint for filing on June 19, 2007.

[2] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Draper Correctional Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint (in this court) and the

is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

    2. The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done, this 21st day of June 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

average monthly deposits to his account during the past six months.