IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ALONZO MOFFETT, #249694,    )
    )
    Plaintiff,    )
v.    )    CASE NO. 2:07-cv-0542-MEF
    )
OFFICER BRADFORD, *et al.*,    )
    )
    Defendants.    )

# **O R D E R**

On  August 1, 2007, the Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  That this case is DISMISSED without prejudice for plaintiff's failure to comply with the order of this court.

DONE this the 21st day of August, 2007.


                          /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE